WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SOFIA CHOI-ALONSO,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE RESOLUTIONS INVESTMENTS, LLC; BANK OF AMERICA, N.A.; CAVALRY PORTFOLIO SERVICES, LLC; CITIBANK, N.A.; DISCOVER BANK; JPMORGAN CHASE BANK, N.A.; ZIONS BANCORPORATION, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC,<br><br>Defendants. | Case No. 2:24-cv-00593-CDS-BNW<br><br>**STIPULATION TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Sofia Choi-Alonso ("Plaintiff"), and counsel for Defendant Bank of America, N.A. ("Defendant or BANA"), that the time for BANA to respond to Plaintiff's Complaint is extended up to and including May 20, 2024.

On March 27, 2024, Plaintiff filed her Complaint [ECF No. 1]. BANA was served with Plaintiff's Complaint on March 29, 2024. The deadline for BANA to respond to Plaintiff's Complaint is April 19, 2024. BANA's undersigned counsel was retained on April 17, 2024. The Parties have discussed extending the deadline for BANA to respond to Plaintiff's Complaint to allow

1

for additional time to complete the investigation of the allegations and continue to discuss early resolution of the matter.

This is the first request for an extension of time for BANA to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED:  April 18, 2024    **LAW OFFICE OF KEVIN L. HERNANDEZ**

By: ___*/s/ Kevin L. Hernandez*___
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
Attorney for Plaintiff
Sofia Choi-Alonso

DATED:  April 18, 2024    **WRIGHT FINLAY & ZAK, LLP**

By: ___*/s/ Jory C. Garabedian*___
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
Attorney for Defendant
Bank of America, N.A.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/23/2024

2