Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant Discover Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOFIA CHOI-ALONSO, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, a foreign limited lability company; BANK OF AMERICA, N.A.; a national banking association; CAVALRY PORTFOLIO SERVICES, LLC, a foreign limited liability company; CITIBANK, N.A., a national banking association; DISCOVER BANK, a foreign corporation; JPMORGAN CHASE BANK, N.A., a national banking association; ZIONS BANCORPORATION, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company;<br><br>       Defendants. | CASE NO.  2:24-cv-00593-CDS-BNW<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT DISCOVER BANK TO RESPOND TO COMPLAINT<br><br>(First Request) |

The current deadline for Defendant Discover Bank to respond to Plaintiff Sofia Choi-Alonso's complaint is April 25, 2024.  Defendant has requested, and Plaintiff has agreed, that Discover Bank shall have up to and including May 16, 2024, to respond to Plaintiff's complaint, to provide time for Discover Bank to investigate

Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against Discover Bank.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: April 22, 2024

| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN K. HERNANDEZ |
|---|---|
| By: /s/ Madeleine Coles<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Discover Bank* | By: /s/ Kevin L. Hernandez<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Ave., Suite 101<br>Las Vegas, Nevada 89147<br><br>*Attorneys for Plaintiff Sofia Choi-Alonso* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/23/2024