1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  Madeleine Coles
   Nevada Bar No. 16216
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   tasca@ballardspahr.com
6  colesm@ballardspahr.com

7  *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF NEVADA

| | |
|---|---|
| SOFIA CHOI-ALONSO, an individual, | CASE NO.  2:24-cv-00593-CDS-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT** |
| v. | |
| ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, a foreign limited lability company; BANK OF AMERICA, N.A.; a national banking association; CAVALRY PORTFOLIO SERVICES, LLC, a foreign limited liability company; CITIBANK, N.A., a national banking association; DISCOVER BANK, a foreign corporation; JPMORGAN CHASE BANK, N.A., a national banking association; ZIONS BANCORPORATION, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company; | (First Request) |
| Defendants. | |

The current deadline for Defendant JPMorgan Chase Bank, N.A. to respond to Plaintiff Sofia Choi-Alonso's complaint is April 25, 2024.  Defendant has requested, and Plaintiff has agreed, that JPMorgan Chase Bank, N.A. shall have up to and including May 16, 2024, to respond to Plaintiff's complaint, to provide time for

JPMorgan Chase Bank, N.A. to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against JPMorgan Chase Bank, N.A..

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated:  April 22, 2024

| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN K. HERNANDEZ |
|---|---|
| By:  /s/ Madeleine Coles<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant JPMorgan Chase Bank, N.A.* | By:  /s/ Kevin L. Hernandez<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Ave., Suite 101<br>Las Vegas, Nevada 89147<br><br>*Attorneys for Plaintiff Sofia Choi-Alonso* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  4/23/2024