Erica J. Stutman (NV Bar #10794)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-Mail: estutman@swlaw.com

*Attorneys for Defendant Zions Bancorporation, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SOFIA CHOI-ALONSO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, a foreign limited-liability company, BANK OF AMERICA, N.A., a national banking association, CAVALRY PORTFOLIO SERVICES, LLC, a foreign limited-liability company, CITIBANK, N.A., a national banking association, ZIONS BANCORPORATION, N.A., a national banking association, EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign limited-liability company,<br><br>Defendants. | Case No. 2:24-cv-00593-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR ZIONS BANCORPORATION, N.A. TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1, Plaintiff Sofia Choi-Alonso ("Plaintiff") and Defendant Zions Bancorporation, N.A. ("Zions"), by and through their undersigned counsel, stipulate that Zions may have an extension of time to respond to Plaintiff's Complaint up to and including May 9, 2024.

Zions was served with the Complaint on April 4, 2024. Zions's deadline to respond to the Complaint is currently April 25, 2024. Zions requests this brief extension until May 9, 2024 to allow time for Zions to investigate and evaluate the allegations against it.

This is Zions's first request for an extension of time to respond to the Complaint and this request is sought in good faith and not for purposes of delay. No parties will be prejudiced by this extension.

DATED this 23rd day of April, 2024.

SNELL & WILMER L.L.P.

*/s/Erica J. Stutman*
Erica J. Stutman (NV Bar No. 10794)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Zions Bancorporation, N.A.*

DATED this 23rd day of April, 2024.

LAW OFFICE OF KEVIN L. HERNANDEZ

*/s/Kevin L. Hernandez*   (with permission)
Kevin L. Hernandez (NV Bar No. 12594)
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 4/26/2024

4876-0924-1528