Erica J. Stutman (NV Bar #10794)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-Mail: estutman@swlaw.com

*Attorneys for Defendant Zions Bancorporation, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SOFIA CHOI-ALONSO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, a foreign limited-liability company, BANK OF AMERICA, N.A., a national banking association, CAVALRY PORTFOLIO SERVICES, LLC, a foreign limited-liability company, CITIBANK, N.A., a national banking association, ZIONS BANCORPORATION, N.A., a national banking association, EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign limited-liability company,<br><br>Defendants. | Case No. 2:24-cv-00593-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR ZIONS BANCORPORATION, N.A. TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule IA 6-1, Plaintiff Sofia Choi-Alonso and Defendant Zions Bancorporation, N.A. ("Zions"), by and through their undersigned counsel, stipulate that Zions may have an extension of time to respond to Plaintiff's Complaint up to and including May 23, 2024.

Zions was served with the Complaint on April 4, 2024. Per a first extension, Zions's deadline to respond to the Complaint is currently May 9, 2024. Zions requests another brief extension until May 23, 2024 because Zions continues to investigate and evaluate the allegations against it. This extension will also allow the parties to discuss a possible early resolution of the claims and preserve unnecessary fees and costs.

This is Zions's second request for an extension of time to respond to the Complaint and this request is sought in good faith and not for purposes of delay. No parties will be prejudiced by this extension.

DATED May 8, 2024

SNELL & WILMER L.L.P.

*/s/Erica J. Stutman*
Erica J. Stutman (NV Bar No. 10794)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Zions Bancorporation, N.A.*

DATED May 8, 2024.

LAW OFFICE OF KEVIN L. HERNANDEZ

*/s/Kevin L. Hernandez*   (with permission)
Kevin L. Hernandez (NV Bar No. 12594)
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147

*Attorney for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5/10/2024

4876-0924-1528

- 2 -