|   |   |
|---|---|
| 1 | Joel E. Tasca, Esq. |
|   | Nevada Bar No. 14124 |
| 2 | Madeleine Coles |
|   | Nevada Bar No. 16216 |
| 3 | BALLARD SPAHR LLP |
|   | 1980 Festival Plaza Drive, Suite 900 |
| 4 | Las Vegas, Nevada 89135 |
|   | Telephone:  702.471.7000 |
| 5 | Facsimile:  702.471.7070 |
|   | tasca@ballardspahr.com |
| 6 | colesm@ballardspahr.com |

*Attorneys for Defendant Discover Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| SOFIA CHOI-ALONSO, an individual, | CASE NO.  2:24-cv-00593-CDS-BNW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT DISCOVER BANK TO RESPOND TO COMPLAINT** |
| v. | |
| ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, a foreign limited lability company; BANK OF AMERICA, N.A.; a national banking association; CAVALRY PORTFOLIO SERVICES, LLC, a foreign limited liability company; CITIBANK, N.A., a national banking association; DISCOVER BANK, a foreign corporation; JPMORGAN CHASE BANK, N.A., a national banking association; ZIONS BANCORPORATION, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company; | (Second Request) |
| Defendants. | |

The current deadline for Defendant Discover Bank to respond to Plaintiff Sofia Choi-Alonso's complaint is May 16, 2024.  Defendant has requested, and Plaintiff has agreed, that Discover Bank shall have up to and including June 6, 2024, to respond to Plaintiff's complaint, as the parties are currently engaged in discussions regarding

potential early resolution of the claims asserted against Discover Bank.

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: May 16, 2024

| | |
|---|---|
| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN K. HERNANDEZ |
| By: /s/ Madeleine Coles<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Discover Bank* | By: /s/ Kevin L. Hernandez<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Ave., Suite 101<br>Las Vegas, Nevada 89147<br><br>*Attorneys for Plaintiff Sofia Choi-Alonso* |

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  5/20/2024