GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SOFIA CHOI-ALONSO,<br><br>Plaintiff,<br><br>vs.<br><br>ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, BANK OF AMERICA, N.A., CAVALRY PORTFOLIO SERVICES, LLC, CITIBANK, N.A., DISCOVER BANK, JP MORGAN CHASE BANK, N.A., ZIONS BANCORPORATION, N.A., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC<br><br>Defendants. | Case No. 2:24-cv-00593-CDS-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from May 27, 2024 through and including **June 10, 2024**. The request was made by Equifax so that it can have an opportunity to

//

//

collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 24th day of May, 2024.

| | |
|---|---|
| CLARK HILL PLLC<br><br>By: /s/Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center,<br>Suite 500<br>Las Vegas, NV 89135<br>Tel: (702) 862-8300<br>Fax: (702) 778-9709<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information* | *Services LLC*<br><br>***No opposition***<br><br>/s/ Kevin L. Hernandez<br>Kevin L. Hernandez<br>**Law Office of Kevin L. Hernandez**<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, NV 89147<br>702-563-4450<br>Fax: 702-552-0408<br>Email: kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiff* |

IT IS SO ORDERED:

_____
United States Judge

DATED: 5/28/2024

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 24th day of May, 2024, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709