Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOFIA CHOI-ALONSO, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, a foreign limited lability company; BANK OF AMERICA, N.A.; a national banking association; CAVALRY PORTFOLIO SERVICES, LLC, a foreign limited liability company; CITIBANK, N.A., a national banking association; DISCOVER BANK, a foreign corporation; JPMORGAN CHASE BANK, N.A., a national banking association; ZIONS BANCORPORATION, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company;<br><br>  Defendants. | CASE NO.  2:24-cv-00593-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>**(Third Request)** |

The current deadline for Defendant JPMorgan Chase Bank, N.A. to respond to Plaintiff Sofia Choi-Alonso's complaint is June 6, 2024.  Defendant has requested, and Plaintiff has agreed, that JPMorgan Chase Bank, N.A. shall have up to and including June 20, 2024, to respond to Plaintiff's complaint, as the parties are

DMFIRM #412719263 v1

currently engaged in discussions regarding potential early resolution of the claims asserted against JPMorgan Chase Bank, N.A.

This is the third request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: June 6, 2024

| | |
|---|---|
| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN K. HERNANDEZ |
| By: /s/ Madeleine Coles<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant JPMorgan Chase Bank, N.A.* | By: /s/ Kevin L. Hernandez<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Ave., Suite 101<br>Las Vegas, Nevada 89147<br><br>*Attorneys for Plaintiff Sofia Choi-Alonso* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  6/10/2024

DMFIRM #412719263 v1

2