Erica J. Stutman (NV Bar #10794)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-Mail: estutman@swlaw.com

*Attorneys for Defendant Zions Bancorporation, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SOFIA CHOI-ALONSO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, a foreign limited-liability company, BANK OF AMERICA, N.A., a national banking association, CAVALRY PORTFOLIO SERVICES, LLC, a foreign limited-liability company, CITIBANK, N.A., a national banking association, ZIONS BANCORPORATION, N.A., a national banking association, EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign limited-liability company,<br><br>Defendants. | Case No. 2:24-cv-00593-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR ZIONS BANCORPORATION, N.A. TO RESPOND TO COMPLAINT**<br><br>**(FOURTH REQUEST)** |

Pursuant to Local Rule IA 6-1, Plaintiff Sofia Choi-Alonso and Defendant Zions Bancorporation, N.A. ("Zions"), by and through their undersigned counsel, stipulate that Zions may have an extension of time to respond to Plaintiff's Complaint up to and including June 28, 2024.

Zions was served with the Complaint on April 4, 2024. Per a first extension, Zions's deadline to respond to the Complaint was May 9, 2024. As Plaintiff and Zions are still evaluating the allegations, Zions obtained another extension until May 23, 2024 and another extension until June 13, 2024. The parties request another extension because they continue to informally share

information and documents to evaluate the allegations, and an extension will allow this process to complete while preserving unnecessary fees and costs.

This is Zions' fourth request for an extension of time to respond to the Complaint and this request is sought in good faith and not for purposes of delay. No parties will be prejudiced by this extension.

| | |
|---|---|
| DATED June 12, 2024 | DATED June 12, 2024. |
| SNELL & WILMER L.L.P. | LAW OFFICE OF KEVIN L. HERNANDEZ |
| /s/Erica J. Stutman<br>Erica J. Stutman (NV Bar No. 10794)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169 | /s/Kevin L. Hernandez   (with permission)<br>Kevin L. Hernandez (NV Bar No. 12594)<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147 |
| Attorneys for Defendant Zions Bancorporation, N.A. | Attorney for Plaintiff |

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 6/13/2024