1  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
2  DONNA M. WITTIG, ESQ.
   Nevada Bar No. 11015
3  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone:  (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email:  natalie.winslow@akerman.com
6  Email:  donna.wittig@akerman.com

7  *Attorneys for defendant Citibank, N.A.*

8

9                **UNITED STATES DISTRICT COURT**

10                     **DISTRICT OF NEVADA**

11  SOFIA CHOI-ALONSO, an individual,          CASE NO.:  2:24-CV-00593-CDS-BNW

12                 Plaintiff,

13  V.                                         **STIPULATION  AND  ORDER  FOR
                                               EXTENSION  OF  TIME  TO  RESPOND  TO**
14  ABSOLUTE RESOLUTIONS INVESTMENTS,          **COMPLAINT**
    LLC; BANK OF AMERICA, N.A.; CAVALRY
15  PORTFOLIO  SERVICES,  LLC;  CITIBANK,      **(FIRST REQUEST)**
    N.A.;   DISCOVER   BANK;   JPMORGAN
16  CHASE     BANK,     N.A.;     ZIONS
    BANCORPORATION,    N.A.;    EQUIFAX
17  INFORMATION          SERVICES,       LLC;
    EXPERIAN   INFORMATION   SOLUTIONS,
18  INC.; TRANS UNION LLC,

19                 Defendants.

20

21       Sofia Choi-Alonso and Citibank, N.A. (**Citi**) stipulate to allow Citi an extension of seven (7)

22  days, up to and including **July 16, 2024**, to file its responsive pleading.

23       Good cause exists to grant the requested extension because the parties may be close to reaching

24  a settlement.  The extension will allow ongoing settlement efforts.

25  . . .

26  . . .

27  . . .

28  . . .

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice.

DATED July 9th, 2024.

| AKERMAN LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| /s/ Donna M. Wittig<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>Attorneys for defendant Citibank, N.A. | /s/ Kevin Hernandez<br>KEVIN L. HERNANDEZ, ESQ.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Ave., Suite 101<br>Las Vegas, NV 89147<br><br>Attorney for plaintiff Sofia Choi-Alonso |

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:  7/11/2024

2