Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOFIA CHOI-ALONSO, an individual;<br><br>Plaintiff<br><br>v.<br><br>ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, a foreign limited-liability company; BANK OF AMERICA, N.A., a national banking association; CAVALRY PORTFOLIO SERVICES, LLC, a foreign limited-liability company; CITIBANK, N.A., a national banking association; DISCOVER BANK, a foreign corporation; JPMORGAN CHASE BANK, N.A., a national banking association; ZIONS BANCORPORATION, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants | Case No.: 2:24-cv-00593-CDS-BNW<br><br>**STIPULATION FOR DISMISSAL OF BANK OF AMERICA, N.A. WITH PREJUDICE** |

_____
STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Sofia Choi-Alonso and Bank of America, N.A. stipulate to dismiss Plaintiff's claims against Bank of America, N.A. with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 13, 2024

**LAW OFFICE OF KEVIN L. HERNANDEZ**

/s/ Kevin L. Hernandez
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**WRIGHT, FINLAY & ZAK, LLP**

/s/ Jory C. Garabedian
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
8337 W. Sunset Road, Suite 220
Las Vegas, Nevada 89113
*Attorney for Bank of America, N.A.*

Based on the parties' stipulation, defendant Bank of America is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to terminate this defendant.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 16, 2024

STIPULATION     - 2 -